# SCHAD, DIAMOND & SHEDDEN, P.C.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

332 SOUTH MICHIGAN AVENUE, SUITE 1000

CHICAGO, ILLINOIS 60604-4398

312 939-6280

FACSIMILE 312 939-4661

JAMES SHEDDEN
DIRECT LINE: (312) 554-8500
E-MAIL: jshedden@lawsds.com

January 29, 2008

**BY FACSIMILE – 419-866-5130**
United Collections
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614
Attention: John Terry
Vice President and General Counsel

RE: David Marsh Alleged Citicard Debt
Your Reference No. 50219592

Dear Mr. Terry:

This will confirm what I told a Ms. Smith of your office yesterday, January 28, 2008. Ms. Smith called my client, David Marsh, attempting to collect on an alleged Citicard debt. Mr. Marsh told Ms. Smith he was represented by me and told her she should contact me.

Ms. Smith called me and left me a voicemail message asking that I call her back. I called Ms. Smith back, first speaking to a Ms. Duckworth, who asked what I was calling about. I told her and gave her the reference number. She then put me on hold and Ms. Smith picked up the phone.

I gave Ms. Smith the reference number. She asked did I represent David Marsh. I told her yes. She said she was calling in regard to a Citicard account. She asked did I represent Mr. Marsh on this account? I told her yes, we were suing another debt collector who had contacted Mr. Marsh on this account. Ms. Smith wanted to know if we represented Mr. Marsh in connection with dealings with your company and I told her yes. She then asked that I send her a power of attorney from Mr. Marsh. I told her I didn't have a power of attorney from Mr. Marsh and that the Fair Debt Collection Practices Act does not require a power of attorney. Ms. Smith argued with me about this, and then said she would not discuss the matter any further. I told Ms. Smith again that if your agency contacts Mr. Marsh, you will be in violation of the Fair Debt Collection Practices Act. She then hung up.

EXHIBIT A

SCHAD, DIAMOND & SHEDDEN, P.C.
ATTORNEYS AT LAW

United Collections
January 29, 2008
Page Two


      There is no requirement under the Fair Debt Collection Practices Act that you be provided with a power of attorney. This is a tactic to attempt to prevent consumers from being represented by lawyers. This conduct violates the FDCPA.

      On behalf of Mr. Marsh, the alleged debt is disputed and validation of it is demanded.

      Sincerely yours,

      James Shedden

JS:blr

cc:    David Marsh

Fax 3129394661

## \*\* Transmit Conf.Report \*\*

P.1  Jan 29 2008 04:56pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 14198665130 | Normal | 29:04:55pm | 0'29" | 3 | # O K | |

**SCHAD DIAMOND & SHEDDEN**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, ILLINOIS 60604-4398
(312) 939-6280
(312) 939-4661 Facsimile
www.bsdlaw.com

### FACSIMILE COVER SHEET

TO: _John Tem/_

FAX NO: _(419) 866-5730_

FROM: _James Shedden_

DATE: _1/29/08_

TOTAL NUMBER OF PAGES: (Including fax cover sheet) _3_
IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION.

✦✦✦

Re: _____

COMMENTS: _____

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614

1-877-570-0396

02-15-08            PAGE: 1 of 1

Re                : CITICORP CREDIT SERVICES, INC. (U
Account Number    : 4128003614368606
Balance Due       $2191.55

MARSH, DAVID
C/O 3/6
3110 N SHERIDAN RD APT 1707
CHICAGO IL  60657-4943

Dear MARSH, DAVID

We sent you a notice setting forth your rights under the Fair Debt Collections Practices Act. You may still have time to exercise those rights.

Your payment, or any questions you may have should be directed to this office to ensure proper credit to your account. Make your check or money order payable to Citicorp Credit Services, Inc. (USA)

As of the date of this letter, you owe the above referenced balance. Because of interest charges that may vary from day to day, the amount due on the day you pay may be greater. Hence if you pay the amount shown above, an adjustment may be necessary after your check is received. For further information, write this office or call the above referenced number.

This is an attempt to collect a debt by UCB, Inc., a debt collector, and any information obtained will be used for this purpose.

Very truly yours,
United Collection Bureau, Inc.

Business Hours:  8:30am - 11:00pm EST Monday - Friday
8:30am - 12:00pm EST Saturday

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO S[...]

P.O. BOX 140516
TOLEDO, OH 43614-0516

RETURN SERVICE REQUESTED

Re                : CITICORP CREDIT SERVICES, INC. (U
Account Number    : 4128003614368606
Balance Due       $2191.55

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

CF7      ADDRESSEE:      50219592
                                  7290 - 612

MARSH, DAVID
C/O 3/6
3110 N SHERIDAN RD APT 1707
CHICAGO IL  60657-4943

REMIT TO:

CITICORP CREDIT SERVICES, INC. (USA)
P.O. BOX 140516
TOLEDO, OH 43614-0516





EXHIBIT
B

7290 - 612