**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1204
AEE

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

David Marsh
    v.
United Collection Bureau, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

David Marsh

| | |
|---|---|
| NAME (Type or print) <br> Katherine A. Hathaway | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Katherine A. Hathaway | |
| FIRM <br> Schad, Diamond & Shedden, PC | |
| STREET ADDRESS <br> 332 S. Michigan Avenue, Suite 1000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283052 | TELEPHONE NUMBER <br> (312) 939-6280 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |