AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

David Marsh

V.

United Collection Bureau, Inc.

CASE NUMBER:    08 C 1204

ASSIGNED JUDGE:    Zagel

DESIGNATED
MAGISTRATE JUDGE:    Valdez

TO: (Name and address of Defendant)

United Collection Bureau, Inc.
c/o Its Registered Agent
CT Corporation System
1300 E. Ninth Street
Cleveland, OH  44114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine A. Hathaway
Schad, Diamond & Shedden, PC
332 S. Michigan Ave., Suite 1000
Chicago, IL  60604
(312) 939-6280

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

(By) DEPUTY CLERK

APR 1 6 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>April 22, 2008 |
| NAME OF SERVER *(PRINT)*<br>Brittany Stafford | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G   Returned unexecuted:

G   Other (specify): Corporate Service: By serving copies at the office of the entity being served to the agent authorized to accept.

Name: Ildiko Sarai. Description: White female, age 28, 5'5", 160 lbs, black hair.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/23/2008
        *Date*

*Signature of Server*

Brittany Stafford
PO Box 93447
Cleveland OH 44101
888-212-5614
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.