IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Marsh, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1204 |
| | ) | |
| United Collection Bureau, Inc., | ) | Judge Zagel |
| | ) | |
| Defendant. | ) | |

### Notice of Motion

PLEASE TAKE NOTICE that on the 17th day of June, 2008, at 10:15 a.m., we shall appear before the Honorable Judge James B. Zagel in courtroom 2503 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then present Plaintiff's **Motion for Entry of Default and Default Judgment**, a copy of which is being contemporaneously served upon you via CM/ECF.

                                                s/ Katherine A. Hathaway
                                                One of the Plaintiff's Attorneys

Dated: June 4, 2008

James Shedden
Katherine A. Hathaway (khathaway@lawsds.com; ARDC# 6283052)
Schad, Diamond & Shedden, PC
332 S. Michigan Ave., Suite 1000
Chicago, IL 60604
(312) 939-6280

## CERTIFICATE OF SERVICE

      I, Katherine A. Hathaway, an attorney, certify that on June 4, 2008, I electronically filed the attached **Notice of Motion** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and that service of this document upon the following individuals was accomplished by placing a copy in the U.S. Mail, properly-addressed with first-class postage prepaid, at 332 S. Michigan Avenue, Chicago, Illinois, 60604, before 5:00 p.m.:

John Terry
United Collection Bureau, Inc.
c/o Its Registered Agent
CT Corporation System
1300 E. Ninth Street
Cleveland, OH  44114


John Terry
Vice-President/General Counsel
United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste. 206
Toledo, OH  43614


                                                s/ Katherine A. Hathaway