IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David Marsh, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1204 |
| ) | |
| United Collection Bureau, Inc., ) | Judge Zagel |
| ) | |
| Defendant. ) | |

**Notice of Dismissal**

Plaintiff, David Marsh, files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and in support of this Notice states as follows:

1. Plaintiff filed this case on February 28, 2008 against the defendant, United Collection Bureau, Inc., alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

2. Defendant was formally served on April 22, 2008. Defendant has not filed an appearance, answer or other pleading.

3. Plaintiff and Defendant have entered into a settlement agreement that resolves Plaintiff's claims. Both parties have executed a Settlement Agreement and Release. Pursuant to the Settlement Agreement and Release, Plaintiff agreed to voluntarily dismiss this action with prejudice.

WHEREFORE, Plaintiff, David Marsh, requests that the Court dismiss this case with prejudice.

Respectfully submitted,

　s/ Katherine A. Hathaway　
One of Plaintiff's Attorneys

Dated:  July 16, 2008

James Shedden
Katherine A. Hathaway
Schad, Diamond & Shedden, P.C.
332 South Michigan Avenue, Suite 1000
Chicago, Illinois  60604-4398
(312) 939-6280

**CERTIFICATE OF SERVICE**

   I, Katherine A. Hathaway, an attorney, certify that on July 16, 2008, I electronically filed via CM/ECF the preceding **Notice of Dismissal** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and that service upon the defendant was obtained by placing a copy in the United States mail located at 332 S. Michigan Avenue, Chicago, Illinois, before 5:00 p.m., in an envelope with first-class postage pre-paid and properly addressed to:

  David M. Schultz
  Nabil G. Foster
  Hinshaw & Culbertson LLP
  222 N. LaSalle Street, Suite 300
  Chicago, IL  60601

                s/ Katherine A. Hathaway